# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA L. MADRID,<br><br>   Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:21-cv-00352-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 9) |

On July 25, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from August 1, 2022, to September 15, 2022.  (ECF No. 9.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED; and

2. Plaintiff shall file an opening brief on or before September 15, 2022.

IT IS SO ORDERED.

Dated: **July 25, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1